# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

THOMAS DUHON, JR., and SHERYLEE O. WHELAN, co-special administrators of the Estate of JAMES ALLEN DUHON,

Plaintiffs,

vs.

JIM PITTS, SHERIFF of ELKO COUNTY, NEVADA; ELKO COUNTY, a political subdivision of the STATE OF NEVADA,

Defendants.

Case No.: 3:12-cv-00345-LRH-VPC

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

COME NOW, Plaintiffs THOMAS DUHON, JR., and SHERYLEE O. WHELAN, co-special administrators of the Estate of JAMES ALLEN DUHON, by and through their attorney, Marc Picker, Esq., Marc Picker, Esq. Ltd., and Defendants JIM PITTS, SHERIFF OF ELKO COUNTY, NEVADA, and ELKO COUNTY, a political subdivision of the State of Nevada, by and through their attorneys, Erickson, Thorpe & Swainston, Ltd.,

///
///
///
///
///
///

and Thomas P. Beko, Esq., and hereby stipulate that the above-entitled action may be dismissed with prejudice, with each party to bear their own court costs and attorney's fees.

Dated this 13th day of June, 2013.

ERICKSON, THORPE & SWAINSTON, LTD.

By: _____/s/ Thomas P. Beko, Esq._____
THOMAS P. BEKO, ESQ.
99 W. Arroyo Street
Reno, Nevada 89505
*Attorneys for Defendants*

Dated this 13th day of June, 2013.

MARC PICKER, ESQ. LTD.

By: _____/s/ Marc Picker, Esq._____
MARC PICKER, ESQ.
729 Evans Avenue
Reno, Nevada 89512
*Attorney for Plaintiffs*

## **ORDER**

IT IS SO ORDERED

DATED this 20th day of June, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE