1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                         **DISTRICT OF NEVADA**

8

9   THOMAS DUHON, JR., and SHERYLEE            Case No.: 3:12-cv-00345-LRH-VPC
    O. WHELAN, co-special administrators of
10  the Estate of JAMES ALLEN DUHON,

11          Plaintiffs,

12  vs.

13  JIM PITTS, SHERIFF of ELKO COUNTY,
    NEVADA; ELKO COUNTY, a political
14  subdivision of the STATE OF NEVADA,

15          Defendants.
                                                          /
16  _____

17      **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

18          COME NOW, Plaintiffs THOMAS DUHON, JR., and SHERYLEE O. WHELAN,

19  co-special administrators of the Estate of JAMES ALLEN DUHON,  by and through their

20  attorney, Marc Picker, Esq., Marc Picker, Esq. Ltd., and Defendants JIM PITTS, SHERIFF

21  OF ELKO COUNTY, NEVADA, and ELKO COUNTY, a political subdivision of the State

22  of Nevada, by and through their attorneys, Erickson, Thorpe & Swainston, Ltd.,

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1  and Thomas P. Beko, Esq., and hereby stipulate that the above-entitled action may be

2  dismissed with prejudice, with each party to bear their own court costs and attorney's fees.

3      Dated this 13th day of June, 2013.

4                          ERICKSON, THORPE & SWAINSTON, LTD.

5

6                          By: _____/s/ Thomas P. Beko, Esq._____
                                       THOMAS P. BEKO, ESQ.
7                                      99 W. Arroyo Street
                                       Reno, Nevada 89505
8                                      *Attorneys for Defendants*

9      Dated this 13th day of June, 2013.

10                         MARC PICKER, ESQ. LTD.

11

12                         By: _____/s/ Marc Picker, Esq._____
                                       MARC PICKER, ESQ.
13                                     729 Evans Avenue
                                       Reno, Nevada 89512
14                                     *Attorney for Plaintiffs*

15

16                              **ORDER**

17     IT IS SO ORDERED

18     DATED this 20th day of June, 2013.

19

20

21                         _____
                           LARRY R. HICKS
22                         UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28